# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-26-00453-CV

**In re Alan Stalcup**

---

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

---

### M E M O R A N D U M   O P I N I O N

Relator Alan Stalcup has filed a petition for writ of mandamus and motion for emergency temporary relief. *See* Tex. R. App. P. 52.1, 52.10(a). We requested, and real parties in interest have filed, a response to the motion for emergency temporary relief.

Based on our review of the petition, the response to the motion, and the mandamus record, we deny the petition for writ of mandamus and the motion for emergency temporary relief. *See* Tex. R. App. P. 52.8(a).

_____

Gisela D. Triana, Justice

Before Justices Triana, Kelly, and Ellis

Filed: June 5, 2026